UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OAK HARBOR FREIGHT LINES, INC. a
Washington corporation,

         Plaintiff,

         v.

SEARS ROEBUCK & CO., dba SEARS
CONTRACT SALES, a foreign corporation; and
NATIONAL LOGISTICS CORPORATION, a
foreign corporation,

         Defendants.

Case No. C05-284Z

TAXATION OF COSTS

     Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of

PLAINTIFF OAK HARBOR FREIGHT LINES in the amount of $12,961.83. Only the statutory

attorney fee request was denied.

     Dated this _____16th_____ day of MAY, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1